UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESCO INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1: 18-cv-00322 |
| ALLIED FIRST BANCORP, INC.; ALLIED FIRST BANK, SB; KENNETH L. BERTRAND; JAMES MALONEY; SANJAY GULATI; SUSHANT GULATI; and SACHIN GULATI, | ) ) Judge Joan B. Gottschall ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wesco Insurance Company ("Wesco") and Defendants Allied First Bancorp, Inc. ("Allied Holdings"), Allied First Bank, sb ("Allied Bank"), Kenneth L. Bertrand ("Bertrand"), James Maloney ("Maloney") and Sanjay Gulati, Sushant Gulati and Sachin Gulati (collectively, the "Gulatis") through their counsel, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41, Wesco seeks to dismiss the Complaint in this action with prejudice; and

2. Wesco, Allied Holdings, Allied Bank, Bertrand, Maloney and the Gulatis each agree to bear their own fees and costs.

Dated: July 11, 2018

**AGREED AND STIPULATED TO BY:**

WESCO INSURANCE COMPANY,

By: /s/ Philip R. King
Philip R. King
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
T: 312.474.7950
pking@cozen.com

Date: July 11, 2018

ALLIED FIRST BANCORP, INC.,

By: /s/ Catherine E. Goldhaber
Catherine E. Goldhaber
Hawkins Parnell Thackston &
Young LLP
300 N. LaSalle, Suite 5525
Chicago, IL 60654-3406
T: 312.667.8400
cgoldhaber@hptylaw.com

Date: July 11, 2018

ALLIED FIRST BANK, SB

By: /s/ Catherine E. Goldhaber
Catherine E. Goldhaber
Hawkins Parnell Thackston &
Young LLP
300 N. LaSalle, Suite 5525
Chicago, IL 60654-3406
T: 312.667.8400
cgoldhaber@hptylaw.com

Date: July 11, 2018

KENNETH L. BERTRAND

By: /s/ Catherine E. Goldhaber
Catherine E. Goldhaber
Hawkins Parnell Thackston &
Young LLP
300 N. LaSalle, Suite 5525
Chicago, IL 60654-3406
T: 312.667.8400
cgoldhaber@hptylaw.com

Date: July 11, 2018

JAMES MALONEY,

By: /s/ Catherine E. Goldhaber
Catherine E. Goldhaber
Hawkins Parnell Thackston &
Young LLP
300 N. LaSalle, Suite 5525
Chicago, IL 60654-3406
T: 312.667.8400
cgoldhaber@hptylaw.com

Date: July 11, 2018

SANJAY GULATI,

By: /s/ John J. Scharkey
John J. Scharkey
Sweeney & Scharkey, LLC
111 West Washington Street
Burnham Center, Suite 1160
Chicago, IL 60602
T: 312.384.0500
jscharkey@sweeneyscharkey.com

Date: July 11, 2018

2

| | |
|---|---|
| SUSHANT GULATI, | SACHIN GULATI |
| By:   /s/ John J. Scharkey<br>John J. Scharkey<br>Sweeney & Scharkey, LLC<br>111 West Washington Street<br>Burnham Center, Suite 1160<br>Chicago, IL 60602<br>T: 312.384.0500<br>jscharkey@sweeneyscharkey.com | By:   /s/ John J. Scharkey<br>John J. Scharkey<br>Sweeney & Scharkey, LLC<br>111 West Washington Street<br>Burnham Center, Suite 1160<br>Chicago, IL 60602<br>T: 312.384.0500<br>jscharkey@sweeneyscharkey.com |
| Date:   July 11, 2018 | Date:   July 11, 2018 |