# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wesco Insurance Company

                    Plaintiff,

v.

Allied First Bancorp, Inc., et al.

                    Defendant.

Case No.: 1:18−cv−00322
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 11, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff has filed a motion for voluntary dismissal and attached a stipulation to dismissal of this action with prejudice signed by counsel for all parties who have appeared. The stipulation satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), which specifies conditions under which a case may be dismissed "without a court order." Accordingly, this case was dismissed effective immediately upon the filing of the stipulation [28−1]. Jenkins v. Vill. of Maywood, 506 F.3d 622, 623 (7th Cir. 2007). The motion to dismiss [28] is therefore denied as unnecessary. Plaintiff has voluntarily dismissed this action with prejudice and with each party to bear its own costs. The status conference set for 8/15/18 is stricken. No appearance required. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.